

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-89,460-02

### EX PARTE DARA LLORENS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-14-301967-B IN THE 390TH DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of kidnapping and interference with child custody and sentenced to imprisonment for six and two years, respectively. The Third Court of Appeals modified and affirmed the judgment in her kidnapping conviction and affirmed the judgment in her conviction for interference with child custody. *Llorens v. State*, 520 S.W.3d 129 (Tex. App.—Austin 2017).

Applicant contends that counsel at the guilty-plea hearing was ineffective and that the representation of counsel at the punishment hearing was undermined by a conflict of interest.

Applicant's sentence for interference with child custody has discharged, and she has not raised collateral consequences. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c). Accordingly, her claims relating to this conviction are dismissed. Her claims relating to her kidnapping conviction are without merit and are denied. This application is dismissed in part and denied in part.

Filed: October 23, 2019
Do not publish